UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NELLA WHITE | ) | |
| | ) | |
| Movant, | ) | Civil No. 10-mc-156-SLR |
| v. | ) | |
| | ) | Case No. 3:05-cv-0512-JCS |
| AZOOGLEADS.COM, INC., A Delaware | ) | Northern District of California |
| Corporation, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT CREDITOR AND RESPONDENT AZOOGLEADS.COM, INC.,'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO QUASH IN PART SUBPOENA FOR NON-PARTY DOCUMENTS

CONFIDENTIAL – FILED UNDER SEAL

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ Jared T. Green
**JARED T. GREEN (DE#5179)**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorney for Respondent Azoogleads.com, Inc.

5654 v1

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NELLA WHITE | ) | |
| | ) | |
| Movant, | ) | Civil No. 10-mc-156-SLR |
| v. | ) | |
| | ) | Case No. 3:05-cv-0512-JCS |
| AZOOGLEADS.COM, INC., A Delaware | ) | Northern District of California |
| Corporation, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 23, 2010 the attached document was served via Federal Express upon:

Jason K. Singleton, Esquire
Richard E. Grabowski, Esquire
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Attorneys for Movant Nella White

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ Jared T. Green
JARED T. GREEN (DE#5179)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorney for Respondent Azoogleads.com, Inc.

5654 v1