IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| **NELLA WHITE,** <br><br> Movant, <br><br> v. <br><br> **AZOOGLEADS.COM, INC.**, a Delaware corporation, <br><br> Respondent. | CIVIL NO. 10-mc-156-SLR <br><br> Case No. 3:05-cv-0512-JCS <br> Northern District of California |

### DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF JUDGMENT CREDITOR AND RESPONDENT AZOOGLEADS.COM, INC.'S SUBMISSION OF NEWLY DISCOVERED EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION TO QUASH IN PART SUBPOENA FOR NON-PARTY DOCUMENTS

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an associate at the law firm of Kronenberger Burgoyne, LLP. I am admitted in the State of California and am counsel of record for Judgment Creditor and Respondent AzoogleAds.com, Inc. ("Azoogle") in its collections action against Judgment Debtor ASIS Internet Services ("ASIS"). Unless otherwise stated I have personal knowledge of the facts set forth in this declaration.

2. Since Azoogle filed its opposition to Nella White's Motion to Quash in Part Subpoena for Non-Party Documents on August 23, 2010, Azoogle has discovered new evidence that contradicts Nella White ("Ms. White")'s claims that a subpoena issued in this District to Chase Bank U.S.A., National Association ("the Chase Subpoena") seeks her personal financial records and will violate her privacy.

3.     In or about October 2010, ASIS produced to Azoogle thousands of pages of financial records in response to written discovery propounded by Azoogle in the underlying collections action.

4.     I have personally reviewed ASIS's document production, which includes several unredacted credit card statements for Ms. White's personal Chase account, which she purportedly submitted to ASIS for reimbursement of business expenses. Due to the voluminous and sensitive nature of the information therein, those statements are not attached, but will be produced to the Court at its request for *in camera* inspection.

5.     Ms. White's personal Chase credit card statements, as produced by ASIS, purport to cover the same timeframe as the transactions identified in the Chase Subpoena; however, none of the Chase Subpoena transactions are reflected in Ms. White's personal Chase credit card statements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 19, 2011, in San Francisco, California.

*[signature]*
Jeffrey M. Rosenfeld